UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas Doyle

       v.                               Case No. 08-cv-361-PB

Lakes Region Facility, Warden

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 25, 2009, no objection having been filed.

    SO ORDERED.

March 24 , 2009                        /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Thomas Doyle, Pro Se